**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAIROCEY SIMPSON,

        Plaintiff,                       Case Number: 09-CV-13947

v.                                        HON. LAWRENCE P. ZATKOFF

MICHIGAN PAROLE BOARD, ET AL.,

        Defendants.
                                           /

**OPINION AND ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

Plaintiff filed the instant action seeking Two Hundred Million Dollars for alleged violations of his civil rights by the Defendants. This matter is currently before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation of April 22, 2010 (Docket #10), wherein the Magistrate Judge recommends: (1) Plaintiff's case be dismissed for failure to comply with the filing requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915(a)(2); and (2) the case not be reinstated to the district court's active docket even if Plaintiff subsequently pays the filing fee. The deadline for filing objections to the Report and Recommendation has passed and the Court has received no objections.

Documents mailed to Plaintiff by the Court on two separate occasions in April 2010 (including the Report and Recommendation) have been returned to the Court. According to the stamps on the envelopes, the documents were returned because Plaintiff has been paroled and the mail cannot be forwarded. Despite his apparent parole status, Plaintiff has not filed a change of address with the Court. In light of the foregoing, the Court has no means of ensuring that Plaintiff receives a copy of the Report and Recommendation and, as such, delaying consideration of this

matter would only serve to impede the fair and efficient administration of justice. The Court shall therefore consider the case on the materials filed to date in this case.

After a thorough review of the court file, including Plaintiff's complaint and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Therefore, IT IS HEREBY ORDERED that this case is hereby DISMISSED WITH PREJUDICE. Judgment shall be entered accordingly.

IT IS SO ORDERED.

                                              s/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: May 19, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 19, 2010.

                                              s/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290